Case 7:19-cv-11737-VB   Document 6   Filed 03/26/20   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Teresa Fuentes Diaz, | No.: 7:19-cv-11737-VB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO WITHDRAW WITHOUT PREJUDICE |
| Priority Home Care, Inc. and Does 1–50, inclusive, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/2020

**WHEREAS** Plaintiff Teresa Fuentes Diaz ("Plaintiff") filed this action on December 23, 2019;

**WHEREAS** Defendants Priority Home Care, Inc. and Does 1-50, inclusive, (collectively, "Defendants") retained James McGrath III of Putney, Twombly, Hall & Hirson LLP as their attorneys in this Action;

**WHEREAS** Defendants provided Plaintiff with sufficient documentation to establish Plaintiff was a member of a certified bargaining unit under federal labor law, subject to a collective bargaining agreement between Defendants and 1199SEIU, and Plaintiff's allegations in this Action are subject to the grievance and arbitration provisions of the CBA;

**THEREFORE IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and Defendants that the claims filed by Plaintiff against Defendants in this Action titled *Teresa Fuentes Diaz, Priority Home Care, Inc. and Does 1-50, inclusive*, Case No. 7:19-cv-11737-VB should be and hereby are dismissed without prejudice and without costs or attorneys' fees against any either party.

Dated: March 26, 2020

By __/s/ *Benjamin D. Weisenberg*_____
Benjamin D. Weisenberg, *Esq.*
Counsel for Plaintiff

Dated: March 26, 2020

By _/s/ *James McGrath, III*_____
    James McGrath, III, *Esq.*
    Counsel for Defendants

**IT IS SO ORDERED.**

Dated: **3/26/2020**

~~By~~ _____

~~HON. Vincent L. Briccetti~~

Vincent L. Briccetti, U.S.D.J.

The Clerk is instructed to accept this Stipulation and Order of Voluntary Dismissal, electronically signed by the parties, and close this case.

2